# TEXAS MEDICAL BOARD
## *** STATEMENT OF EARNINGS ***
### PAYROLL PERIOD 05/01/2016 TO 05/31/2016

**AGENCY:** 503
**REPORT:** 24

000 042 041 00
00001
JAVIER SILVA
1609 SAM BASS RD
ROUND ROCK TX 78681

| | |
|---|---|
| **PAYMENT NUMBER:** | 00013852746 |
| **PAYMENT DATE:** | 06/01/2016 |
| **PAYROLL DOC NO:** | 86054FR1 |
| **SSN:** | XXX-XX-2719 |
| **MARITAL STATUS:** | SINGLE |
| **NO. EXEMPTIONS:** | 1 |
| **ADDITIONAL AMOUNT:** | $0.00 |

**ORG TITLE:** CONSUMER AND APPLICATION RESOUR
**POS NO:** 20280212
**CLASS NO:** 0172
**TITLE:** LICENSE AND PERMIT SPEC III

**STATE SVC:** 2 YR 2 MO 3 DY

**PAY TBL:** 1B  **PAY GROUP:** 16  **STEP:**

| EARNINGS | HRS | CURRENT | YR-TO-DT | DEDUCT | CURRENT | YR-TO-DT |
|---|---|---|---|---|---|---|
| REGULAR PAY | 176:00 | 3025.99 | 12392.15 | FED W/H TAX | 272.55 | 1644.03 |
| OVERTIME | | 0.00 | 2148.01 | OASDI TAX | 180.83 | 879.88 |
| LONGEVTY | | 20.00 | 40.00 | MEDICARE TAX | 42.29 | 205.78 |
| SALARY GROSS | | 3045.99 | 14580.16 | DENTFLEX | 24.28 | 72.84 |
| + IMPUTED | | 2.32 | 6.56 | OPTLFLEX | 4.44 | 13.32 |
| - PREM CONV | | 28.72 | 86.16 | DISSHORT | 9.08 | 27.24 |
| SOC SEC GROSS | | 2916.59 | 14191.56 | DISLONG | 19.06 | 57.18 |
| MEDICARE GROSS | | 2916.59 | 14191.56 | ERS RET | 289.37 | 1181.06 |
| - RETIREMENT | | 289.37 | 1181.06 | 401K | 27.58 | 76.63 |
| - 401K AMT | | 27.58 | 76.63 | CSA TRAN | 103.00 | 309.00 |
| FED W/H GROSS | | 2599.64 | 12933.87 | TOT DEDUCTS | 972.48 | 4466.96 |

| | CURRENT | YR-TO-DT |
|---|---|---|
| **TOTAL GROSS** | 3045.99 | 14580.16 |
| **TOTAL DEDUCTS-** | 972.48 | 4466.96 |
| **TOTAL NET PAY** | 2073.51 | 10113.20 |

**EARNINGS DISBURSEMENT:**
**CHECKING** 2073.51

# TEXAS MEDICAL BOARD
## *** STATEMENT OF EARNINGS ***
### PAYROLL PERIOD 04/01/2016 TO 04/30/2016

**AGENCY:** 503
**REPORT:** 24

000 042 041 00
00001
JAVIER SILVA
1609 SAM BASS RD
ROUND ROCK TX 78681

| | |
|---|---|
| **PAYMENT NUMBER:** | 00013852747 |
| **PAYMENT DATE:** | 06/01/2016 |
| **PAYROLL DOC NO:** | 86054FR1 |
| **SSN:** | XXX-XX-2719 |
| **MARITAL STATUS:** | SINGLE |
| **NO. EXEMPTIONS:** | 1 |
| **ADDITIONAL AMOUNT:** | $0.00 |

**ORG TITLE:**   CONSUMER AND APPLICATION RESOUR
**POS NO:**   20280212
**CLASS NO:**   0172
**TITLE:**   LICENSE AND PERMIT SPEC III

**STATE SVC:**   2 **YR**  1 **MO**  3 **DY**

**PAY TBL:**   1B   **PAY GROUP:**   16   **STEP:**

| EARNINGS | HRS | CURRENT | YR-TO-DT | DEDUCT | CURRENT | YR-TO-DT |
|---|---|---|---|---|---|---|
| REGULAR PAY | | 0.00 | 12392.15 | FED W/H TAX | 274.01 | 1644.03 |
| OVERTIME | 42:00 | 1107.10 | 2148.01 | OASDI TAX | 68.64 | 879.88 |
| LONGEVTY | | 0.00 | 40.00 | MEDICARE TAX | 16.06 | 205.78 |
| SALARY GROSS | | 1107.10 | 14580.16 | DENTFLEX | 0.00 | 72.84 |
| + IMPUTED | | 0.00 | 6.56 | OPTLFLEX | 0.00 | 13.32 |
| - PREM CONV | | 0.00 | 86.16 | DISSHORT | 0.00 | 27.24 |
| SOC SEC GROSS | | 1107.10 | 14191.56 | DISLONG | 0.00 | 57.18 |
| MEDICARE GROSS | | 1107.10 | 14191.56 | ERS RET | 0.00 | 1181.06 |
| - RETIREMENT | | 0.00 | 1181.06 | 401K | 11.07 | 76.63 |
| - 401K AMT | | 11.07 | 76.63 | CSA TRAN | 0.00 | 309.00 |
| FED W/H GROSS | | 1096.03 | 12933.87 | TOT DEDUCTS | 369.78 | 4466.96 |

| | CURRENT | YR-TO-DT | | |
|---|---|---|---|---|
| **TOTAL GROSS** | 1107.10 | 14580.16 | **EARNINGS DISBURSEMENT:** | |
| **TOTAL DEDUCTS-** | 369.78 | 4466.96 | **CHECKING** | 737.32 |
| **TOTAL NET PAY** | 737.32 | 10113.20 | | |

**TEXAS MEDICAL BOARD**
**\*\*\* STATEMENT OF EARNINGS \*\*\***
**PAYROLL PERIOD 03/01/2016 TO 03/31/2016**

**AGENCY:** 503
**REPORT:** 24

000 042 041 00
00001
JAVIER SILVA
1609 SAM BASS RD
ROUND ROCK TX 78681

| | |
|---|---|
| **PAYMENT NUMBER:** | 00013759330 |
| **PAYMENT DATE:** | 04/01/2016 |
| **PAYROLL DOC NO:** | 86034FR1 |
| | |
| **SSN:** | XXX-XX-2719 |
| **MARITAL STATUS:** | SINGLE |
| **NO. EXEMPTIONS:** | 1 |
| **ADDITIONAL AMOUNT:** | $0.00 |

**ORG TITLE:**   CONSUMER AND APPLICATION RESOUR
**POS NO:**        20280212
**CLASS NO:**     0172
**TITLE:**           LICENSE AND PERMIT SPEC III

**STATE SVC:**        2 **YR**  0 **MO**  3 **DY**

**PAY TBL:**     1B   **PAY GROUP:**        16   **STEP:**

| EARNINGS | HRS | CURRENT | YR-TO-DT | DEDUCT | CURRENT | YR-TO-DT |
|---|---|---|---|---|---|---|
| REGULAR PAY | 184:00 | 3025.99 | 6340.17 | FED W/H TAX | 273.91 | 567.29 |
| SALARY GROSS | | 3025.99 | 6340.17 | OASDI TAX | 179.56 | 385.04 |
| + IMPUTED | | 1.92 | 1.92 | MEDICARE TAX | 41.99 | 90.05 |
| - PREM CONV | | 28.72 | 28.72 | DENTFLEX | 24.28 | 24.28 |
| SOC SEC GROSS | | 2896.19 | 6210.37 | OPTLFLEX | 4.44 | 4.44 |
| MEDICARE GROSS | | 2896.19 | 6210.37 | DISSHORT | 9.08 | 9.08 |
| - RETIREMENT | | 287.47 | 602.32 | DISLONG | 19.06 | 19.06 |
| FED W/H GROSS | | 2608.72 | 5608.05 | ERS RET | 287.47 | 602.32 |
| | | | | CSA TRAN | 103.00 | 103.00 |
| | | | | TOT DEDUCTS | 942.79 | 1804.56 |

| | | | |
|---|---|---|---|
| **TOTAL GROSS** | 3025.99 | 6340.17 | **EARNINGS DISBURSEMENT:** |
| **TOTAL DEDUCTS-** | 942.79 | 1804.56 | **CHECKING**        2083.20 |
| | | | |
| **TOTAL NET PAY** | 2083.20 | 4535.61 | |

# TEXAS MEDICAL BOARD
## *** STATEMENT OF EARNINGS ***
### PAYROLL PERIOD 03/01/2016 TO 03/31/2016

**AGENCY:** 503
**REPORT:** 24

000 042 041 00
00001
JAVIER SILVA
1609 SAM BASS RD
ROUND ROCK TX 78681

**PAYMENT NUMBER:** 00013807539
**PAYMENT DATE:** 05/04/2016
**PAYROLL DOC NO:** 86046FS1

**SSN:** XXX-XX-2719
**MARITAL STATUS:** SINGLE
**NO. EXEMPTIONS:** 1
**ADDITIONAL AMOUNT:** $0.00

**ORG TITLE:** CONSUMER AND APPLICATION RESOUR
**POS NO:** 20280212
**CLASS NO:** 0172
**TITLE:** LICENSE AND PERMIT SPEC III

**STATE SVC:** 2 YR  0 MO  3 DY

**PAY TBL:** 1B  **PAY GROUP:** 16  **STEP:**

| EARNINGS | HRS | CURRENT | YR-TO-DT | DEDUCT | CURRENT | YR-TO-DT |
|---|---|---|---|---|---|---|
| REGULAR PAY | | 0.00 | 9366.16 | FED W/H TAX | 257.63 | 1097.47 |
| OVERTIME | 39:45 | 1040.91 | 1040.91 | OASDI TAX | 64.54 | 630.41 |
| LONGEVTY | | 0.00 | 20.00 | MEDICARE TAX | 15.09 | 147.43 |
| SALARY GROSS | | 1040.91 | 10427.07 | DENTFLEX | 0.00 | 48.56 |
| + IMPUTED | | 0.00 | 4.24 | OPTLFLEX | 0.00 | 8.88 |
| - PREM CONV | | 0.00 | 57.44 | DISSHORT | 0.00 | 18.16 |
| SOC SEC GROSS | | 1040.91 | 10167.87 | DISLONG | 0.00 | 38.12 |
| MEDICARE GROSS | | 1040.91 | 10167.87 | ERS RET | 0.00 | 891.69 |
| - RETIREMENT | | 0.00 | 891.69 | 401K | 10.40 | 37.98 |
| - 401K AMT | | 10.40 | 37.98 | CSA TRAN | 0.00 | 206.00 |
| FED W/H GROSS | | 1030.51 | 9238.20 | TOT DEDUCTS | 347.66 | 3124.70 |

| | CURRENT | YR-TO-DT |
|---|---|---|
| **TOTAL GROSS** | 1040.91 | 10427.07 |
| **TOTAL DEDUCTS-** | 347.66 | 3124.70 |
| **TOTAL NET PAY** | 693.25 | 7302.37 |

**EARNINGS DISBURSEMENT:**
**CHECKING** 693.25

**TEXAS MEDICAL BOARD**
**\*\*\* STATEMENT OF EARNINGS \*\*\***
**PAYROLL PERIOD 04/01/2016 TO 04/30/2016**

**AGENCY:** 503
**REPORT:**  24

000 042 041 00
00001
JAVIER SILVA
1609 SAM BASS RD
ROUND ROCK TX 78681

| | |
|---|---|
| **PAYMENT NUMBER:** | 00013805900 |
| **PAYMENT DATE:** | 05/02/2016 |
| **PAYROLL DOC NO:** | 86044FR1 |
| **SSN:** | XXX-XX-2719 |
| **MARITAL STATUS:** | SINGLE |
| **NO. EXEMPTIONS:** | 1 |
| **ADDITIONAL AMOUNT:** | $0.00 |

**ORG TITLE:**  CONSUMER AND APPLICATION RESOUR
**POS NO:**  20280212
**CLASS NO:**  0172
**TITLE:**  LICENSE AND PERMIT SPEC III

**STATE SVC:**  2 **YR**  1 **MO**  3 **DY**

**PAY TBL:**  1B  **PAY GROUP:**  16  **STEP:**

| EARNINGS | HRS | CURRENT | YR-TO-DT | DEDUCT | CURRENT | YR-TO-DT |
|---|---|---|---|---|---|---|
| **REGULAR PAY** | 168:00 | 3025.99 | 9366.16 | **FED W/H TAX** | 272.55 | 839.84 |
| **LONGEVTY** | | 20.00 | 20.00 | **OASDI TAX** | 180.83 | 565.87 |
| **SALARY GROSS** | | 3045.99 | 9386.16 | **MEDICARE TAX** | 42.29 | 132.34 |
| **+ IMPUTED** | | 2.32 | 4.24 | **DENTFLEX** | 24.28 | 48.56 |
| **- PREM CONV** | | 28.72 | 57.44 | **OPTLFLEX** | 4.44 | 8.88 |
| **SOC SEC GROSS** | | 2916.59 | 9126.96 | **DISSHORT** | 9.08 | 18.16 |
| **MEDICARE GROSS** | | 2916.59 | 9126.96 | **DISLONG** | 19.06 | 38.12 |
| **- RETIREMENT** | | 289.37 | 891.69 | **ERS RET** | 289.37 | 891.69 |
| **- 401K AMT** | | 27.58 | 27.58 | **401K** | 27.58 | 27.58 |
| **FED W/H GROSS** | | 2599.64 | 8207.69 | **CSA TRAN** | 103.00 | 206.00 |
| | | | | **TOT DEDUCTS** | 972.48 | 2777.04 |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL GROSS** | 3045.99 | 9386.16 | **EARNINGS DISBURSEMENT:** | | |
| **TOTAL DEDUCTS-** | 972.48 | 2777.04 | **CHECKING** | 2073.51 | |
| **TOTAL NET PAY** | 2073.51 | 6609.12 | | | |