# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
**903 San Jacinto, Suite 322**
**Austin, Texas 78701**

YVETTE M. TAYLOR  
CLERK OF COURT

(512) 916–5237

**DATE:** July 8, 2016

John Chivis  
The Chivis Law Firm  
Suite 200  
18756 Stone Oak Pkwy  
San Antonio, TX 78258


**RE:**  **Declaration for Electronic Filing**  
  Bankruptcy Case No.: **16–10750–tmd**  
  Case Style: Javier Silva

Dear  Mr. Chivis :

 The original signed Declaration for Electronic Filing, due on 7/5/16   has not been received by the Clerk's Office for the filing of:

*1* – Voluntary Petition under Chapter 7 (Individual) With Schedules, With Statements, (Filing Fee: $ 335) filed by Javier Silva. –Declaration for Electronic Filing due by 07/6/2016 (Chivis, John)

Please submit the original Declaration for Electronic Filing immediately.  If the Declaration of Electronic Filing is not received by **July 22, 2016**, as to any original petition, matrix, statement and schedules, this case will be dismissed by the court and that, as to any amended petition, statement, schedule or matrix, the amendment(s) will be stricken by the Court.

 Yvette M. Taylor  
 Clerk, U. S. Bankruptcy Court

 BY: Sherri E. Miiller

cc: Debtor(s), Trustee

---

**511 E. San Antonio Avenue, Suite 444**  
**El Paso, Texas 79901**  
**(915) 779–7362**

**615 E. Houston Street, Suite 597**  
**San Antonio, Texas 78205**  
**(210) 472–6720**

**800 Franklin Avenue, Suite 140**  
**Waco, Texas 76701**  
**(254) 750–1513**

[Declaration Due Letter] [LtrDclrdu]