# UNITED STATES BANKRUPTCY COURT
## *Western District of Texas*
**903 San Jacinto, Suite 322**
**Austin, Texas 78701**

*YVETTE M. TAYLOR* *(512) 916–5237*
*CLERK OF COURT*

**DATE:** July 8, 2016

**John Chivis**
**The Chivis Law Firm**
**Suite 200**
**18756 Stone Oak Pkwy**
**San Antonio, TX 78258**

**RE: Declaration for Electronic Filing**
  Bankruptcy Case No.: **16–10750–tmd**
  Case Style: Javier Silva

Dear Mr. Chivis :

  The original signed Declaration for Electronic Filing, due on 7/5/16 has not been received by the Clerk's Office for the filing of:

*1* – Voluntary Petition under Chapter 7 (Individual) With Schedules, With Statements, (Filing Fee: $ 335) filed by Javier Silva. –Declaration for Electronic Filing due by 07/6/2016 (Chivis, John)

Please submit the original Declaration for Electronic Filing immediately. If the Declaration of Electronic Filing is not received by **July 22, 2016**, as to any original petition, matrix, statement and schedules, this case will be dismissed by the court and that, as to any amended petition, statement, schedule or matrix, the amendment(s) will be stricken by the Court.

          Yvette M. Taylor
          Clerk, U. S. Bankruptcy Court

          BY: Sherri E. Miiller

cc: Debtor(s), Trustee

---

**511 E. San Antonio Avenue, Suite 444**   **615 E. Houston Street, Suite 597**   **800 Franklin Avenue, Suite 140**
**El Paso, Texas 79901**         **San Antonio, Texas 78205**      **Waco, Texas 76701**
**(915) 779–7362**            **(210) 472–6720**          **(254) 750–1513**

[Declaration Due Letter] [LtrDclrdu]

United States Bankruptcy Court
Western District of Texas

In re: Case No. 16-10750-tmd
Javier Silva Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0542-1     User: miillers     Page 1 of 1     Date Rcvd: Jul 08, 2016
                         Form ID: 234     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2016.
db           +Javier Silva,    1609 Sam Bass Road,    Round Rock, TX 78681-2830

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2016 at the address(es) listed below:
          John   Chivis    on behalf of Debtor Javier   Silva john@chivislaw.com
          Ron Satija     info@satijatrustee.com,
           rsatija@satijatrustee.com;ecf@satijatrustee.com;rs135@trustesolutions.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.com
          United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
                                                                                                   TOTAL: 3