Certificate Number: 01267-TXW-DE-027870481

Bankruptcy Case Number: 16-10750



01267-TXW-DE-027870481

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 7, 2016, at 12:49 o'clock PM MST, Javier Silva completed a course on personal financial management given by internet by Money Management International, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Texas.

Date: August 7, 2016        By: /s/Anastacia Jacobs

                            Name: Anastacia Jacobs

                            Title: Counselor